FILED

MAY 25 2016

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. S1-4:16-CR-00162-JAR-SPM |
| ) | |
| JOSEPH MASTERS, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

1. Federal law defined the term:

    (a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(a));

    (b) "sexually explicit conduct" to mean actual or simulated

    (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex,

    (ii) bestiality,

    (iii) masturbation,

    (iv) sadistic or masochistic abuse, or

    (v) lascivious exhibition of the genitals or pubic area of any person (18 U.S.C. §2256(2)(A)); and

 (c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C.§2256(6));

 (d) "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

    (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or

    (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

2. The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3. Between on or about January 1, 2016 and on or about March 18, 2016, in the Eastern District of Missouri, and elsewhere,

**JOSEPH MASTERS,**

the Defendant herein, did knowingly use a minor, T.D., to engage in sexually explicit conduct,

2

specifically, JOSEPH MASTERS produced a video where he is masturbating with his penis next to the face of T.D., and said sexually explicit conduct was for the purpose of producing a visual depiction of such conduct, to wit: a video of himself masturbating with his penis next to the face of T.D., and such depiction was produced using materials that had been mailed, shipped, or transported in interstate and foreign commerce, i.e., a surveillance camera and DVR recorder. In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18, United States Code, Section 2251(e).

## COUNT II

The Grand Jury further charges that:

1. The allegations contained in paragraphs one and two of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about January 1, 2016 and on or about March 18, 2016, in the Eastern District of Missouri, and elsewhere,

**JOSEPH MASTERS,**

the defendant herein, did knowingly attempt to use a minor, T.D., to engage in sexually explicit conduct, specifically, JOSEPH MASTERS attempted to video record T.D., in a lascivious display of her genitals, and said sexually explicit conduct was for the purpose of producing a visual depiction of such conduct, and such depictions were produced using materials that had been mailed, shipped, or transportsted in interstate and foreign commerce, i.e., a surveillance camera, DVR recorder and computer.

In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18, United States Code, Section 2251(e).

3

## COUNT III

The Grand Jury further charges that:

1. The allegations contained in paragraphs one and two of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about January 1, 2016 and on or about March 18, 2016, in the Eastern District of Missouri, and elsewhere,

**JOSEPH MASTERS,**

the defendant herein, did knowingly attempt to use a minor, M.D., to engage in sexually explicit conduct, specifically, JOSEPH MASTERS attempted to video record M.D., in a lascivious display of her genitals, and said sexually explicit conduct was for the purpose of producing a visual depiction of such conduct, and such depictions were produced using materials that had been mailed, shipped, or transportsted in interstate and foreign commerce, i.e., a surveillance camera and DVR recorder.

In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18, United States Code, Section 2251(e).

                                                                A TRUE BILL.


                                                                _____
                                                                FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
COLLEEN C. LANG, #56872MO
Assistant United States Attorney